AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Nicole Garden

**SUMMONS IN A CIVIL CASE**

v.

The Tile Shop, LLC

**CASE NUMBER:** 17-cv-6398

**ASSIGNED JUDGE:** Hon. Rebecca R. Pallmeyer

**DESIGNATED MAGISTRATE JUDGE:** Hon. Daniel G. Martin

**TO:** (Name and address of Defendant)

The Tile Shop, LLC
14000 Carlson Parkway, Plymouth, MN 55441
c/o CT Corporation System
208 S LaSalle St., Ste 814 Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marko Duric
Robertson Duric
One North LaSalle, Suite 300
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_Patrycja Janecuk_
(By) DEPUTY CLERK

September 6, 2017
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | September 11, 2017 |
| NAME OF SERVER (PRINT) Lynn M. Bagley | TITLE Private Detective |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): The Tile Shop, LLC was served c/o C.T. Corp. Systems at 208 S. LaSalle, Ste 814, Chicago, IL 60604 - Derrick Hackett, Fulfillment Specialist - M/AA/24

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 9-11-2017

Signature of Server

1232 W. 103rd St, Chicago, IL 60643
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.