**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NICOLE GARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 17-CV-6398 |
| | ) | |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| THE TILE SHOP, LLC, | ) | |
| | ) | Magistrate Judge Daniel G. Martin |
| Defendant. | ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Nicole Garden and Defendant The Tile Shop, LLC pursuant to Fed. R. Civ. Pro. 41(a)(1) that: (1) Plaintiff's claims against Defendant should be dismissed without prejudice for a period of thirty (30) days; (2) the dismissal of Plaintiff's claims will be with prejudice if neither party moves to reinstate this case within the 30-day period; and (3) Plaintiff and Defendant shall bear their own attorney fees and costs.

DATE: April 14, 2018

NICOLE GARDEN

By: /s/ Marko Duric

Robert Robertson
Marko Duric
ROBERTSON DURIC
One North LaSalle, Suite 300
Chicago, Illinois 60602
(312) 223-8600
rob@robertsonduric.com
marko@robertsonduric.com

THE TILE SHOP, LLC

By: /s/ Victoria L. Gray (*with permission*)

Jody A. Boquist
Victoria L. Gray
LITTLER MENDELSON, P.C.
321 North Clark Street, Suite 1000
Chicago, Illinois 60654
(312) 372-5520
jboquist@littler.com
vgray@littler.com