**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1**
**Eastern Division**

Nicole Garden

Plaintiff,

v.

Case No.: 1:17−cv−06398
Honorable Rebecca R. Pallmeyer

The Tile Shop, LLC

Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 16, 2018:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Stipulation, the above cause is dismissed without prejudice for a period of thirty (30) days; the dismissal will be with prejudice if neither party moves to reinstate this case within the 30−day period. Status hearing set for 4/19/2018 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.